PREET BHARARA
United States Attorney for the
Southern District of New York
By: JESSICA JEAN HU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2726
Facsimile:  (212) 637-2717
E-mail: jessica.hu@usdoj.gov



14MISC 0 0 2 3 8

FILE COPY
RECEIVED
JUL 3 1 2014
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                              :
                                                    :   APPLICATION FOR AN
                                                    :   EX PARTE ORDER PURSUANT
LETTERS ROGATORY FOR                                :   TO 28 U.S.C. § 1782
INTERNATIONAL JUDICIAL                              :
ASSISTANCE FROM THE NATIONAL                        :   M 10-7
COURT OF FIRST INSTANCE IN LABOR                    :
MATTERS, NO. 35, BUENOS AIRES,                      :
ARGENTINA, IN THE MATTER OF                         :
DE NEVARES, ALEJANDRO v.                            :
CITIBANK N.A. ON DISMISSAL                          :
                                                    :
-------------------------------------------------------x

      Upon the accompanying declaration of Jessica Jean Hu, executed on August 4, 2014, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Jessica Jean Hu, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by letters rogatory for International Judicial Assistance from the National Court of First Instance in Labor Matters, No. 35, Buenos Aires, Argentina, seeking information from Thomson Reuters, Gisela Sucre, Ricardo Braga, Oxford University Press, Inc., New York University School of Law, and Citigroup Inc., in New York, New York, in connection with a proceeding pending in that court captioned "De Nevares, Alejandro v. Citibank N.A. on Dismissal."

Dated: New York, New York
July 31, 2014

        Respectfully submitted,

        PREET BHARARA
        United States Attorney for the
        Southern District of New York

By: _____
        JESSICA JEAN HU
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel:  (212) 637-2726
        Fax:  (212) 637-2717
        Email: jessica.hu@usdoj.gov