UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                               :     EX PARTE ORDER
                                                     :
LETTERS ROGATORY FOR                                 :     M 10-7
INTERNATIONAL JUDICIAL                               :
ASSISTANCE FROM THE NATIONAL                         :
COURT OF FIRST INSTANCE IN LABOR                     :
MATTERS, NO. 35, BUENOS AIRES,                       :
ARGENTINA, IN THE MATTER OF                          :
DE NEVARES, ALEJANDRO v.                             :
CITIBANK N.A. ON DISMISSAL                           :
                                                     :
------------------------------------------------------x



WHEREAS, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, on behalf of the National Court of First Instance in Labor Matters, No. 35, Buenos Aires, Argentina, is seeking to obtain information from Thomson Reuters, Gisela Sucre, Ricardo Braga, Oxford University Press, Inc., New York University School of Law, and Citigroup Inc., in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "De Nevares, Alejandro v. Citibank N.A. on Dismissal;"

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Jessica Jean Hu, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain information from Thomson Reuters, Gisela Sucre, Ricardo Braga, Oxford University Press, Inc., New York University School of Law, and Citigroup Inc. and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Thomson Reuters, Gisela Sucre, Ricardo Braga, Oxford University Press, Inc., New York University School of Law, and Citigroup Inc. with a copy of this Order and the accompanying documents on or before September 12, 2014.

Dated: New York, New York
_____, 2014

AUG 01 2014

George B. Daniels
UNITED STATES DISTRICT JUDGE