UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                                                              :        AMENDED *EX PARTE* ORDER
                                                                    :
LETTERS ROGATORY FOR                                                :        14 Misc. 00238
INTERNATIONAL JUDICIAL                                              :
ASSISTANCE FROM THE NATIONAL                                        :
COURT OF FIRST INSTANCE IN LABOR:
MATTERS, NO. 35, BUENOS AIRES,                                      :
ARGENTINA, IN THE MATTER OF                                         :
DE NEVARES, ALEJANDRO v.                                            :
CITIBANK N.A. ON DISMISSAL                                          :
------------------------------------------------------------x



        WHEREAS, the United States of America (the "Government"), by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, on behalf of the National Court of First Instance in Labor Matters, No. 35, Buenos Aires, Argentina, is seeking to obtain information from Columbia University School of Law, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "De Nevares, Alejandro v. Citibank N.A. on Dismissal";

        WHEREAS on August 1, 2014, this Court entered an *ex parte* order appointing Jessica Jean Hu, Assistant United States Attorney for the Southern District of New York, as Commissioner, to take such steps as are necessary to obtain information from Thomson Reuters, Gisela Sucre, Ricardo Braga, Oxford University Press, Inc., New York University School of Law, and Citigroup Inc. and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

        WHEREAS on October 6, 2014, the Government made an application for an amended order that Jean-David Barnea, Assistant United States Attorney for the Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Columbia University School of Law and to submit said

information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that Jean-David Barnea, Assistant United States Attorney for the Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Columbia University School of Law and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Columbia University School of Law with a copy of this Amended Order and the accompanying documents.

Dated: New York, New York
October 10, 2014

_____
UNITED STATES DISTRICT JUDGE